IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| **KINDI SHEPARD** | § | |
| | § | |
| v. | § | Civil Action NO. 3:23-cv-233 |
| | § | |
| **DEUTSCHE BANK NATIONAL** | § | |
| **TRUST COMPANY** | § | |

**PLAINTIFF'S NOTICE OF NON-OPPOSITION TO**
**DEFENDANT'S MOTION TO DISMISS**

Kindi Shepard hereby files her Notice of Non-Opposition to Plaintiff's Motion to Dismiss and respectfully shows the Court as follows:

1. Defendant filed their Motion to Dismiss on August 29, 2023.

2. Defendant's motion is well articulated both factually and legally.

3. Accordingly, Plaintiff believes that Defendant's Motion to Dismiss should be granted; therefore, Plaintiff files her Notice of Non-Opposition and will not be filing a Response to Defendant's Motion to Dismiss.

**PRAYER**

Accordingly, Plaintiff respectfully requests that the Court grant Defendant's Motion to Dismiss and for such other and further relief, both general and special, at law or in equity, to which Plaintiff may be entitled.

Respectfully submitted,

VILT LAW, P.C.

By: /s/ *Robert C. Vilt*
    ROBERT C. VILT
    Texas Bar Number 00788586
5177 Richmond Avenue, Suite 1142
Houston, Texas 77056
Telephone:    713.840.7570
Facsimile:    713.877.1827
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record and pro se parties via the court's electronic filing service on September 15, 2023.

Emily Stroop
Alexis Del Rio
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
1301 McKinney Street, Suite 3700
Houston, Texas  77010

/s/ *Robert C. Vilt.*
ROBERT C. VILT