Case 3:23-cv-00233   Document 13   Filed on 09/19/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 19, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| KINDI SHEPARD, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | 3:23-CV-233 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, | § § § § | |
| Defendant. | § | |

# ORDER

Before the court is the defendant's motion to dismiss. Dkt. 8. On September 15, the plaintiff filed a notice of non-opposition to the defendant's motion and requested that the court grant it. Dkt. 12. Accordingly, the court grants the defendant's motion to dismiss. The court will enter final judgment separately.

Signed on Galveston Island this 19th day of September, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE