United States District Court
Southern District of Texas
**ENTERED**
September 19, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| KINDI SHEPARD, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | 3:23-CV-233 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, | § § § § | |
| Defendant. | § § § | |

# **FINAL JUDGMENT**

Pursuant to the court's order granting the defendant's motion to dismiss, Dkt. 13, it is ordered that this case is dismissed with prejudice.

**THIS IS A FINAL JUDGMENT.**

All pending motions are denied as moot.

The clerk will provide copies of this judgment to the parties.

Signed on Galveston Island this 19th day of September, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE